In the Matter of the Claim of CHARLES A. WHITE, as Administrator, etc., of ANIELA POLOWSKI, Widow of STANLEY POLOWSKI, on Account of the Death of STANLEY POLOWSKI, Appellant, against DONNER STEEL COMPANY, INC., Respondent. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed, on the authority of Matter of Bartling v. General Electric Co. (231 App. Div. 369).

In the Matter of the Claim of FREDERICK RIZZO, Respondent, against WARD LEONARD ELECTRIC COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of JOSEPHINE GABRIELE, Respondent, against DUBILIER CONDENSER CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of JOSEPH HOGAN, Respondent, against GLOBE CORK INSULATION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of MARY ZONA, Respondent, against ROSENBERG BROTHERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.